**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| ANDY DURIS, | : | No. 11-cr-573 |
| | : | |
| JAMES SWAN, | : | No. 11-cr-580 |
| | : | |
| MICHAEL PATTERSON, and | : | No. 11-cr-582 |
| | : | |
| VICTOR PHILLIP. | : | No. 11-cr-583 |

## ORDER

AND NOW, this 1st day of August, 2012, upon consideration of the following motions,

the government's response thereto, and the testimony and exhibits admitted during the July 11

and July 23, 2012 evidentiary hearing, and for the reasons set forth in the foregoing

Memorandum Opinion, it is hereby ORDERED as follows:

1. Andy Duris' Motion for Pre-Judgment Probation (11-cr-573, doc. 25) is GRANTED;

2. James Swan's Motion for Pre-Judgment Probation (11-cr-580, doc. 32) is DENIED;

3. Michael Patterson's Motion for Pre-Judgment Probation (11-cr-582, doc. 21) is

DENIED; and

4. Victor Phillip's Motion for Pre-Judgment Probation (11-cr-583, doc. 23) is

GRANTED.

BY THE COURT:

/s/ Timothy R. Rice
Timothy R. Rice
United States Magistrate Judge